UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM CORNEJO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>PATRICK COVELLO, Warden,<br><br>　　　　　Respondent. | No.  2:20-cv-1124 KJN P<br><br><br>ORDER |

　　　　Examination of this action and the court's records reveals that the petitioner has previously filed a petition for relief challenging the same conviction, and which remains pending. (Case No. 2:18-cv-0571 KJM DMC P).) Pursuant to Local Rule 190(d), the above-captioned action will be reassigned to the Judge and Magistrate Judge who are assigned the prior petition.

　　　　The parties should be aware that reassigning this action under Local Rule 190(d) merely has the result that the action is assigned to the Judge and Magistrate Judge who are assigned the prior petition; no consolidation of the actions is effected.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. This action is reassigned to Judge Kimberly J. Mueller and Magistrate Judge Dennis M. Cota, for all further proceedings; henceforth, the caption on documents filed in this action shall be shown as No. 2:20-cv-1124 KJM DMC P; and

////

1

1       2. The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

Dated: June 9, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/corn1124.190