IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM CORNEJO,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>PATRICK COVELLO,<br><br>　　　　　Respondent. | No.  2:20-CV-1124-KJM-DMC<br><br>ORDER |

　　　　Petitioner, a state prisoner proceeding with retained counsel, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254.  No opposition to the pending motion to dismiss has been filed.  Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for December 8, 2021, at 10:00 a.m., before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

　　　　IT IS SO ORDERED.

Dated:  November 30, 2021

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

<a/>