1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    ADAM CORNEJO,                              No.  2:20-CV-1124-KJM-DMC-P

12              Petitioner,

13         v.
                                                 FINDINGS AND RECOMMENDATIONS
14    PATRICK COVELLO,

15              Respondent.

16

17         Petitioner, a state prisoner proceeding with retained counsel, brings this petition

18   for a writ of habeas corpus under 28 U.S.C. § 2254.  Pending before the Court is Respondent's

19   motion to dismiss, ECF No. 9.  Petitioner has not filed an opposition.

20         Respondent argues that the instant petition must be dismissed because it was filed

21   beyond the one-year statue of limitations.  See ECF No. 9-1.  Pursuant to Eastern District of

22   California Local Rule 230(c), the Court construes Petitioner's failure to file an opposition to

23   Respondent's motion as consent to the relief requested.

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

1

1         Based on the foregoing, the undersigned recommends that Respondent's

2   unopposed motion to dismiss, ECF No. 9, be granted.

3         These findings and recommendations are submitted to the United States District

4   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days

5   after being served with these findings and recommendations, any party may file written objections

6   with the Court.  Responses to objections shall be filed within 14 days after service of objections.

7   Failure to file objections within the specified time may waive the right to appeal.  See Martinez v.

8   Ylst, 951 F.2d 1153 (9th Cir. 1991).

9

10   Dated:  February 14, 2022

11         DENNIS M. COTA

12         UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2