UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adam Cornejo, | No. 2:20-cv-01124-KJM-DMC |
| Petitioner, | ORDER |
| v. | |
| Patrick Covello, | |
| Respondent. | |

Petitioner Adam Cornejo moves to proceed in forma pauperis in his recently filed appeal. *See* Mot., ECF No. 17; Not. of Appeal, CF No. 16.  "[A] party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court."  Fed. R. App. P. 24(a)(1).  The motion must include "an affidavit that: (A) shows in the detail prescribed by Form 4 of the Appendix of Forms[1] the party's inability to pay or to give security for fees and costs; (B) claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal."  Fed. R. App. P. 24(a)(1).  Cornejo's motion does not attach the required affidavit or fulfill these requirements.  It is **denied without prejudice to renewal**.

/////

/////

---

[1] https://www.uscourts.gov/rules-policies/current-rules-practice-procedure/appellate-rules-forms

1

1     IT IS SO ORDERED.

2  DATED: November 29, 2022.

3

_____
CHIEF UNITED STATES DISTRICT JUDGE